IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 1:21-CR-00048-LY |
| SEAN MEITZEN | § | |

**AGREED MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RICK COFER, attorney for Sean Meitzen, Defendant in the above entitled and numbered cause, and files this his MOTION TO WITHDRAW and would show the Court as follows:

I.

Upon review of discovery, the undersigned has become aware of a significant conflict of interest involving undersigned's former client.

II.

The undersigned has discussed this conflict of interest and this motion to withdraw with counsel for the United States. The United States agrees to this motion.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully prays that this Motion to Withdraw be granted.

Respectfully submitted,

*R Cofer*

**Rick Cofer**
State Bar No. 24065059
Attorney for Mr. Meitzen
Cofer & Connelly, PLLC
1002 West Avenue
Austin, Texas 78701
Tel: 512-200-3801
Fax: 512-727-5568
rick@coferconnelly.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System which will transmit notification of such filing to all counsel of record:

*/s/ Rick Cofer*

Rick Cofer

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 1:21-CR-00048-LY |
| SEAN MEITZEN | § § | |

# ORDER

     Came on for consideration this day Rick Cofer's Motion to Withdraw. For the reasons cited in the motion, the Court finds that the motion has merit.

The motion to withdraw is GRANTED. Rick Cofer shall turn over all of Meitzen's files to Meitzen's new counsel as soon as reasonably possible. Otherwise, Rick Cofer is hereby relieved of any further duties in this case.

SIGNED AND ENTERED this _____ day of _____, 2021.

_____
JUDGE MARK LANE
UNITED STATES MAGISTRATE