UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § |
| v. | §   No.  A-21-CR-00048-LY |
| **(20) SEAN MEITZEN,** *Defendant* | § § § § |

ORDER

Before the Court are Defendant's Motion for New Attorney, Dkt. 1070, and Motion to Appoint New Counsel, Dkt. 1075. The Motions state that Defendant has spoken with his currently appointed counsel, Steven Brand, that the two of them have reached an impasse regarding the strategy of his defense, and he thus requests the Court to appoint him a new attorney. The Court set the motions for a hearing and heard the motion on June 2, 2022. Dkt. 1085. Based on the representations in the Motions, along with the representations of Defendant and Mr. Brand at the hearing, the Court will permit the withdrawal of Mr. Brand and appoint new counsel. However, as the Court admonished Defendant at the hearing, future requests to substitute counsel from the Defendant will be viewed with disfavor.

IT IS THEREFORE ORDERED that the Motions, Dkts. 1070, 1075, are GRANTED. Mr. Brand is permitted to WITHDRAW as counsel for Defendant, and Natasha Ann Torres, Law Office of Natasha A. Torres, 118 Broadway, Suite 534, San Antonio, TX  78205, 830-776-1919, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Brand meet with Ms. Torres

at the earliest opportunity to give Ms. Torres a copy of the file and bring her up to date with regard to the representation of Defendant. Thereafter, Mr. Brand has no further responsibilities in this case.

    SIGNED June 2, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE